1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

GK SKAGGS, INC., a California corporation; GREGORY SKAGGS, an individual,

                  Plaintiffs,

     vs.

HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut corporation,

          Defendant.

AND RELATED COUNTERCLAIMS.

Case No. 8:12-cv-00169-JVS -JPR

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Pursuant to the Court's grant of the motion Defendant and Counter-Complainant Hartford Casualty Insurance Company ("Hartford") for summary judgment, and denial the motion of Plaintiffs and Counter-Defendants GK Skaggs, Inc. ("Skaggs Inc.") and Gregory Skaggs ("Skaggs") for partial summary judgment, as more fully set forth in the Court's Minutes of June 29, 2012 [Docket No. 40], IT IS ORDERED AND ADJUDGED as follows.

1

1.    Judgment is entered in favor of Hartford and against Skaggs Inc. and Skaggs.  Skaggs Inc. and Skaggs shall take nothing by their complaint.

2.    Hartford, as the prevailing party, shall recover its taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal Rule of Civil Procedure 54.  The foregoing sum awarded by this Court as costs shall bear post-judgment interest at the current U.S. Treasury Constant Maturity rate, from the date this judgment is entered until it is paid.

IT IS SO ORDERED.

Dated:  July 13, 2012       By: _____

                              James V. Selna
                              United States District Judge
                              Central District of California

[PROPOSED] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARTFORD'S SUR-REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT