JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GK SKAGGS, INC., a California corporation; GREGORY SKAGGS, an individual,<br><br>              Plaintiffs,<br><br>    vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut corporation,<br><br>           Defendant. | Case No. 8:12-cv-00169-JVS -JPR<br><br>**JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's grant of the motion Defendant and Counter-Complainant Hartford Casualty Insurance Company ("Hartford") for summary judgment, and denial the motion of Plaintiffs and Counter-Defendants GK Skaggs, Inc. ("Skaggs Inc.") and Gregory Skaggs ("Skaggs") for partial summary judgment, as more fully set forth in the Court's Minutes of June 29, 2012 [Docket No. 40], IT IS ORDERED AND ADJUDGED as follows.

1

[PROPOSED] JUDGMENT

1       1.      Judgment is entered in favor of Hartford and against Skaggs Inc. and

2 Skaggs. Skaggs Inc. and Skaggs shall take nothing by their complaint.

3       2.      Hartford, as the prevailing party, shall recover its taxable costs of suit in

4 this matter as taxed by the Clerk under the provisions of Federal Rule of Civil

5 Procedure 54. The foregoing sum awarded by this Court as costs shall bear post-

6 judgment interest at the current U.S. Treasury Constant Maturity rate, from the date

7 this judgment is entered until it is paid.

8        IT IS SO ORDERED.

9

10 Dated: July 13, 2012                 By:

                                        James V. Selna

11                                        United States District Judge
                                       Central District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HARTFORD'S SUR-REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT